# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CAINE WILLE,**
        **Plaintiff,**

v.                                                              Case No. 14-C-0317

**WILLIAM POLLARD, et al.,**
        **Defendants.**

## ORDER

Plaintiff filed a complaint under 42 U.S.C. § 1983, alleging that his release date from prison has been miscalculated. Recently, plaintiff asked that the complaint be converted to a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Since that time, however, plaintiff has filed a separate action for habeas relief based on the same events described in his complaint. See E.D. Wis. Case No. 14-C-482. Thus, his request to convert the present action to a habeas case is moot. The present action will be dismissed without prejudice, and the habeas case will proceed.

Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin this 24th day of May, 2014.

                                                              s/ Lynn Adelman

                                                              LYNN ADELMAN
                                                              District Judge